557 A.2d 1063

**COMMONWEALTH of Pennsylvania**

v.

**Timothy Russell DE LONG, Appellant.**

Supreme Court of Pennsylvania.

Argued May 5, 1989.

Decided May 10, 1989.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

536

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.